Moses May, Respondent, *v.* Nelson Morris, Appellant.

(Submitted October 21, 1884; decided October 31, 1884.)

*F. E. Dana* for appellant.

*Ira Leo Bamberger* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

———

Margaretta Thomas, Appellant, *v.* Francis C. Haggerman,
Respondent.

(Argued October 30, 1884; decided November 25, 1884.)

*Louis K. Church* for appellant.

*Robert Johnstone* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.